## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

_____

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                 Case No. 07-CR-311

SUZANNE POETZ,

        Defendant.

_____

## ORDER

On May 20, 2009, the court entered a judgment of conviction against Suzanne Poetz ("Poetz") in which the court stated that Poetz "is to voluntarily surrender to the institution designated by the Bureau of Prisons on or after July 1, 2009, as notified." (Docket #41). According to Poetz, the Bureau of Prisons ("BOP") notified her that she was to report to the Federal Medical Center at Carswell, Texas, ("FMC Carswell") on July 1, 2009, at 2:00 p.m. Apparently, Poetz's attempts to travel to Texas thus far have proven unsuccessful due to her medical condition. On July 1, 2009, Poetz filed a motion to stay the date on which she is to report to FMC Carswell for two weeks. (Docket #58).

To clarify to all parties involved, the court's judgment of conviction dated May 20, 2009, provides the BOP with ample discretion and authority to set and postpone her reporting date. Therefore, the court considers the reporting date to be a matter within the executive branch at this juncture.

Accordingly,

**IT IS ORDERED** that defendant's motion for stay of the reporting date to FMC Carswell (Docket #58) be and the same is hereby **DENIED**;

Dated at Milwaukee, Wisconsin, this 1st day of July, 2009.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge